UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED FILED

JAN 1 5 2020

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CRAIG SPRUILL,

    Defendant.

No. **4:20CR00040 SEP/NCC**

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about November 21, 2019, in St. Louis County, within the Eastern District of Missouri,

**CRAIG A. SPRUILL,**

the defendant herein, did knowingly obstruct, delay and affect, and attempt to obstruct, delay and affect, interstate commerce and the movement of articles and commodities in such commerce, by robbery of Image Recovery Service.

In violation of Title 18, United States Code, Section 1951(a) and punishable under Title 18, United States Code, Section 1951(a).

### COUNT TWO

The Grand Jury further charges that:

On or about November 21, 2019, in St. Louis County, within the Eastern District of Missouri,

**CRAIG A. SPRUILL,**

the defendant herein, did knowingly possess and brandish a firearm, during and in relation to a

crime of violence for which he may be prosecuted in a court of the United States, that is interfering with commerce by robbery, in violation of Title 18, United States Code, Section 1951, as alleged in Count One of this indictment.

In violation of Title 18, United States Code, Section 924(c)(1), and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
GREGORY M. GOODWIN, #65929MO
Special Assistant United States Attorney